GARRY EUGENE WILLIAMS, *Appellant,* v. STATE OF KANSAS, *Appellee.*

No. 48,325

Opinion filed January 22, 1977.

*John J. Immel,* of Petefish, Curran and Immel, of Lawrence, was on the brief for the appellant.

*Curt T. Schneider,* attorney general, *Michael J. Malone,* assistant county attorney, and *Rose M. Stewart,* legal intern, were on the brief for the appellee.

*Per Curiam.* Affirmed.

STATE OF KANSAS, *Appellee,* v. CHARLIE J. HOLLINGSWORTH, *Appellant.*

No. 48,350

Opinion filed January 22, 1977.

*Paul L. Thomas,* of Arvin, Arvin, Busey & Thomas, of Wichita, argued the cause and was on the brief for the appellant.

*Stephen M. Joseph,* Assistant District Attorney, argued the cause, and *Curt T. Schneider,* Attorney General, *Keith Sanborn,* District Attorney, and *Robert L. Kennedy, Jr.,* Assistant District Attorney, were on the brief for the appellee.

KAUL, J. Affirmed.